**750  OLSON vs. CIRCUIT JUDGE (Muskegon), 49 M., 85.**

To compel respondent to set aside a judgment reversing the judgment of a justice of the peace, on appeal, where the errors complained of appear of record, and everything necessary to a review and determination may be returned on writ of error.

Denied October 4, 1882.

Held further, that whether mandamus is a proper remedy in a case, is not determined by an order to show cause why the writ should not issue.


**751  HITCHCOCK vs. CIRCUIT JUDGE (Wayne), No. 13576; 96 M., 297.**

To compel respondent to vacate an order granting a motion to set aside a judgment, in a case where a transcript had been obtained from a justice within ten days after the rendition of the judgment, and defendant within the ten days had filed a stay of execution.

Granted June 30, 1893, with costs.